UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CANDI MONROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL No. 6:21-CV-01147-CL |
| | ) | |
| COMMISSIONER, SOCIAL | ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, | ) | PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| | ) | |
| Defendant. | ) | |

It is hereby ORDERED that attorney fees in the amount of $7,591 and expenses of

$22.78, or a total of $7,613.78, are awarded to Plaintiff pursuant to the Equal Access to Justice

Act (EAJA), 28 U.S.C. § 2412. The amount of this award shall be paid to Plaintiff's attorney

upon verification that Plaintiff validly assigned these EAJA fees to his attorney and that Plaintiff

has no debt, which qualifies for offset against the award, pursuant to the Treasury Offset

Program. *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt and there is a

valid assignment, then a check shall be made out to Plaintiff's attorney, Rory Linerud, and

mailed to Plaintiff's attorney's office as follows: Rory J. Linerud, 1144 Wallace Road NW,

#212, Salem, OR 97304.

ORDER - EAJA FEES                    1

If Plaintiff has a debt, and/or if there is no valid assignment, then a check for any

remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's

attorney's office at the address stated above. IT IS SO ORDERED.

DATED this _____7_____ day of ___June___, 2022.

_____
HONORABLE MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Rory J. Linerud
_____
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
1144 Wallace Road NW, #212
Salem, OR 97304
Phone: (971)218-6954
Email: Rory@LinerudLawFirm.com
Fax: (503)877-6691